No. 15,981.

Weber v. Seilbach et al.
(198 P. [2d] 864)

Decided October 11, 1948.   Rehearing denied November 1, 1948.

Per Curiam.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Hays and Mr. Justice Alter participating.

Mr. Oliver W. Weber, Mr. James D. Lewis, for plaintiff in error.

Messrs. Houtchens & Houtchens, Mr. Herbert D. Waldo, Jr., for defendants in error.